IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | No. CR 08-2029 |
| vs. | ) | |
| JACK STRAW, | ) | |
| Defendant. | ) | |

## AMENDED RESTITUTION ORDER

The issue of restitution and restitution distribution in the above-entitled matter is before the Court.

The defendant must make restitution in the amount of $2,644,089.86. Of this amount, $70,000 shall be due and payable immediately.

The defendant must make restitution to the following payees in the amounts listed below. If defendant makes a partial payment, each payee listed as priority 1 shall receive an approximate apportioned percentage until each of their claims are paid in full. After priority 1 claims are paid in full, if the defendant makes a partial payment, each payee listed as priority 2 shall receive an approximate apportioned percentage until each of their claims are paid in full. After priority 2 claims are paid in full, if the defendant makes a partial payment, each payee listed as priority 3 shall receive an approximate apportioned percentage until each of their claims are paid in full.

1

| NAME OF PAYEE | TOTAL LOSS* | RESTITUTION ORDERED | PRIORITY OR PERCENTAGE |
|---|---|---|---|
| Edward and Denise Biretz | | $50 | 1 |
| Curtis and Zea Bond | | $50 | 1 |
| Lisa and Larry Buttgen | | $50 | 1 |
| Matt and Dana Detemmerman | | $50 | 1 |
| Margaret Link | | $50 | 1 |
| Gary Puls | | $50 | 1 |
| Rebecca Reichart | | $50 | 1 |
| Jeffrey and Sherrie Shields | | $50 | 1 |
| William Shoars | | $50 | 1 |
| Brandi and Jamie Stock | | $50 | 1 |
| Carol Warm | | $50 | 1 |
| Amy Watson | | $50 | 1 |
| Kimberly and Arthur Wetzel | | $50 | 1 |
| Marvin and Rosemary Bosler | | $202,505.28 | 2 |
| Kirk and Beth Brownson | | $16,000.00 | 2 |
| Larry Brownson | | $10,000.00 | 2 |
| Audrey Dettmer | | $17,662.48 | 2 |
| Charles and Anna Ellis | | $427,343.51 | 2 |

| | | | |
|---|---|---|---|
| Jason Fish | | $10,000.00 | 2 |
| Charles Johnson | | $23,700.00 | 2 |
| Janelle and Raynor Johnson | | $58,254.67 | 2 |
| Ray and Susen LeBlanc | | $35,700.00 | 2 |
| Jeanette Matejka | | $21,108.30 | 2 |
| Marion Meier | | $23,250.00 | 2 |
| Charlene and Larry Meirrick | | $67,500.00 | 2 |
| Desmond Miller | | $45,000.00 | 2 |
| Ronald and Anny Olson | | $25,000.00 | 2 |
| Jacqulen Trca | | $59,500.00 | 2 |
| Leoda Tschetter and Velma Tschetter | | $498,000.00 | 2 |
| Leoda Tschetter | | $363,194.76 | 2 |
| Jeanette Vossberg | | $7,235.64 | 2 |
| Richard Weber | | $37,385.65 | 2 |
| Troy Weber | | $15,000.00 | 2 |
| Elmer Wittenburg | | $35,000.00 | 2 |
| Todd Wood | | $37,462.92 | 2 |
| Wilma Wood | | $147,082.36 | 2 |
| Jim and Sharla Rand | | $450,000.00 | 2 |
| Allianz | | $74,767.11 | 3 |
| American Equity | | $89,632.09 | 3 |
| Amerus (n/k/a Aviva) | | $115,386.86 | 3 |
| Chesapeake Life Insurance Company | | $1,438.47 | 3 |

| Dunkerton Child Learning Center | | $13,475.00 | 3 |
| Eleanor Stender Magee Scholarship | | $8,413.04 | 3 |
| ING | | $42,500.00 | 3 |
| Midland National Life | | $37,971.98 | 3 |
| US Bank | | $5,000.00 | 3 |
| Wells Fargo | | $71,969.74 | 3 |

Nothing in this order shall prevent the defendant from preserving for purposes of his pending appeal from arguing as to number of victims for sentencing purposes.

The victims, Leoda Tschetter and Velma Tschetter, are also active in litigation involving a dispute with James and Sharla Rand over property sold by the defendant in South Dakota through fraud as a part of this conviction. Because the outcome of the litigation is unknown, restitution is ordered also to James and Sharla Rand in the amount of $450,000. This amount represents the sales price of the real property sold by the defendant in South Dakota. However, the total amount of restitution will not increase accordingly, as this amount is also reflected in the $498,000 owed to Leoda Tschetter and Velma Tschetter. Resolution by the South Dakota Circuit Court, County of Turner, First Circuit in *Leoda MillerTschetter and Velmaline AnnTschetter v. James M and Sharla Rand et al.*,Case No. CIV 08-210, South Dakota Circuit Court, County of Turner, First Circuit, will reduce the debt owed to either James and Sharla Rand or Leoda Tschetter and Velma Tschetter. Once the resolution of all pending matters and appeals in the case of *Leoda MillerTschetter and Velmaline AnnTschetter v. James M*

4

and Sharla Rand et al.,Case No. CIV 08-210, South Dakota Circuit Court, County of Turner, First Circuit, are completed, the United States will credit the outstanding restitution obligations in accordance with their decision. The United States will inform the defendant as to the credit as well as the victims, Leoda Tschetter and Velma Tschetter, so they may file any objections and seek modification as to the crdeit given.

In addition to the litigation in South Dakota, the United States has sought forfeiture of proceeds seized from the defendant from the real estate transaction involving the parties listed in the previous paragraph in *United States v. Cashiers Checks*, C 08-2017 in the United States District Court for the Northern District of Iowa. The cashiers checks seized represents money paid by the Rands to the defendant to purchase the land in dispute in *Leoda Miller Tschetter and Velmaline Ann Tschetter v. James M and Sharla Rand et al.*,Case No. CIV 08-210, South Dakota Circuit Court, County of Turner, First Circuit. The United States has indicated they will seek to turnover the property subject to forfeiture to the South Dakota Circuit Court, County of Turner, First Circuit, for disposition in accordance with the resolution of *Leoda Miller Tschetter and Velmaline Ann Tschetter v. James M and Sharla Rand et al.*,Case No. CIV 08-210, South Dakota Circuit Court, County of Turner, First Circuit following disposition in *United States v. Cashiers Checks*, C 08-2017 in the United States District Court for the Northern District of Iowa. The United States will credit the outstanding restitution obligations in accordance with their decision as to disposition of the proceeds subject to forfeiture. The United States will inform the defendant as to the credit as well

as the victims, Leoda Tschetter and Velma Tschetter, so they may file any objections and seek modification as to the credit given.

Further, while incarcerated, the defendant shall make monthly payments in accordance with the Bureau of Prison's Financial Responsibility program. The amount of the monthly payments shall not exceed 50% of the funds available to the defendant through institution or non-institution (community) resources and shall be at least $25 per quarter. If the defendant still owes any portion of restitution at the time of his release from imprisonment, the defendant shall pay it as a condition of supervision and the United States Probation Officer shall pursue collection of the amount due, and shall request the Court to establish a payment schedule if appropriate. The defendant shall also notify the United States Attorney within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Further, the United States has the authority to offset federal tax refunds or other monies owed to defendants wherein a defendant owes a financial penalty to the United States. As such, the United States will offset any tax refunds or other Treasury funds owed to the defendant for the life of the debt.

IT IS SO ORDERED, this ___3d___ day of ___February___ 20_10_.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Approved as form and content:

_____
Sean R. Berry
Assistant U.S. Attorney

_____
Les Stokke
Attorney for Defendant

_____
Martin J. McLaughlin
Assistant U.S. Attorney

7